IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATASHA HOLLAND, ) | |
|     Plaintiff(s) ) | |
| ) | |
| V. ) | Case No. 3:20-cv-00224 |
| ) | Judge Campbell / Frensley |
| ) | |
| DEL FRISCO'S GRILLE OF ) | |
| TENNESSEE, LLC, ) | |
|     Defendant(s) ) | |

**O R D E R**

The court has been notified that this case has settled. The Initial Case Management Conference set for August 6, 2020 at 9:00 a.m. is **CANCELLED**.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge