IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NATASHA HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:20-cv-00224 |
| | ) | |
| DEL FRISCO'S GRILLE OF | ) | JUDGE CAMPBELL |
| TENNESSEE, LLC, | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 20). This case is administratively closed. On or before September 4, 2020, the parties must submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case shall be dismissed with prejudice on September 4, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE